Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

RSMo, 1994. An evidentiary hearing was conducted and, pursuant to that hearing, the court denied Mr. Pleas' application for conditional release. Mr. Pleas appeals. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 84.16(b).

**Johnny PLEAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 54073.

Missouri Court of Appeals,
Western District.

Jan. 20, 1998.

Margaret M. Johnston, Asst. Public Defender, Fulton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Loren T. Israel, Asst. Atty. Gen., Kansas City, for respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

## *ORDER*

PER CURIAM.

Johnny Pleas sought a conditional release from the custody of the Department of Mental Health, pursuant to Section 552.040